UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANTE PALAZZOLO,

    Petitioner,

v.

SIXTH CIRCUIT COURT,

    Respondent,
_____/

Civil No. 2:12-CV-11977
HONORABLE DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Denise Page Hood, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on May 30, 2012.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED AS DUPLICATIVE OF THE CASE OF *PALAZZOLO V. ROGGENBUCK*, U.S.D.C. No. 12-CV-11976 (E.D. Mich.).

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

Dated at Detroit, Michigan, this 30th, day of May, 2012.

                DAVID J. WEAVER
                CLERK OF THE COURT

APPROVED:

            BY:   s/LaShawn Saulsberry
                    DEPUTY CLERK

s/Denise Page Hood
HON. DENISE PAGE HOOD
UNITED STATES DISTRICT COURT JUDGE

<b>12-11977 Palazzolo v. Sixty Circuit Court<br>Judgment</b>

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 31, 2012, by electronic and/or ordinary mail.

                                        s/LaShawn R. Saulsberry
                                        Case Manager